

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2019

No. 04-19-00498-CV

**IN THE INTEREST OF C.L.G., A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-EM5-03031
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant's brief, filed November 13, 2019, violates Texas Rule of Appellate Procedure 9.9(a) because the brief and appendix contain sensitive data. Specifically, the brief contains the minor child's full name; documents in the appendix contain the minor's child's full name, date of birth, and social security number; and documents in the appendix contain the parties' social security numbers and/or other "sensitive data," as that term is defined in Rule 9.9(a)(1).

It is therefore ORDERED that the brief and appendix filed by the appellant are STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended, redacted brief and appendix no later than ten (10) days from the date of this order. Because appellee has been served with a copy of the brief, this order does not affect the deadline for filing the appellee's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court